UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., HERBILICIOUS MUSIC, LIT UP MUSIC, and CHAPPELL-CO, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> J & B CONCEPTS, LLC and JEAN PIERRE KOSSISYAN, <br><br> Defendants. | Civil Action No. 3:23-cv-0337 |

## JOINT CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs W Chappell Music Corp. d/b/a WC Music Corp., Herbilicious Music, Lit Up Music, and Chappell-Co, Inc. (collectively, "Plaintiffs"), by and through their attorneys, and Defendants J & B Concepts, LLC and Jean-Pierre Kossisyan (collectively, the "Defendants"), by and through their attorneys, pursuant to their Confidential Settlement Agreement and Release (the "Settlement Agreement"), hereby jointly move this Court for the entry of a Final Judgment on Consent in the form attached hereto as Exhibit 1. In support of this Motion, the parties state as follows:

1. On June 6, 2023, Plaintiffs filed their Complaint against Defendants setting forth three counts of copyright infringement arising out of Defendants' alleged unauthorized public performances at Moochies Tavern, located at 15060 Idlewild Road, Suite I, in Matthews, North Carolina ("Moochies"), of copyrighted music owned by Plaintiffs.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), and venue in this District is proper pursuant to 28 U.S.C.§ 1400(a).

3. Defendants have entered into the Settlement Agreement to settle all outstanding claims and disputes relating to this litigation filed by Plaintiffs.

4. Pursuant to the Settlement Agreement, the parties executed a Stipulation for Entry of Final Judgment (the "Stipulation"), which was filed with the Court on September 19, 2023 (Doc. 16). Defendants' obligations under the Stipulation arise from the above mentioned Settlement Agreement, which expressly provides for the Stipulation and entry of a Final Judgment in the form attached hereto. This Motion is being filed in connection with the Stipulation and the Settlement Agreement.

5. The Stipulation and this Motion arise out of the facts and circumstances set out in the Complaint filed in this matter.

6. Defendants hereby agree that Final judgment may be entered immediately against them, jointly and severally, in the amount of $30,000.00, together with statutory interest at the applicable rate from the date of entry of the Final Judgment.

7. Plaintiffs hereby agree that they will not execute on the Final Judgment against Defendants provided that the Defendants are not in default under the Settlement Agreement. Plaintiffs further agree that the final judgment shall be deemed satisfied by Defendants' full and timely compliance with the Settlement Agreement and shall file a satisfaction of the Final Judgment upon Defendant's full and timely compliance with the Settlement Agreement.

8. The parties agree that the Stipulation and the Final Judgment shall bind and benefit the heirs, executors, administrators, successors, assigns, parents, affiliates, members and subsidiaries of Plaintiffs and Defendants.

9. Defendants agree to be enjoined and restrained permanently from publicly performing any or all of Plaintiffs' copyrighted musical compositions and from causing or permitting Plaintiffs' copyrighted musical compositions to be publicly performed, and from aiding and abetting public performances of such compositions, unless Defendants shall have previously obtained permission to give such performances, either directly from the Plaintiffs or by license from the American Society of Composers, Authors and Publishers ("ASCAP").

10. Defendants also agree that (a) they shall not willfully dissipate or encumber their assets in order to impair ASCAP's ability to collect the amounts due under this Stipulation or the

Final Judgment, and (b) in the event that any of the Defendants files a petition in bankruptcy, any sum then due under the Stipulation or the Final Judgment shall constitute a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(6).

11. Defendants further agree that by entry into the Settlement Agreement and the Stipulation, they have waived all rights to challenge the entry of the Final Judgment or to appeal the Final Judgment.

12. Plaintiffs and Defendants have agreed to the terms of the Stipulation and the Final Judgment following consultation, or after having the opportunity for consultation, with legal counsel, and each party also agrees that they shall bear their own costs.

13. All of the parties desire to have the Court enter final judgment in this action in the form of, and as set forth in, Exhibit 1 attached hereto.

WHEREFORE, plaintiffs respectfully request that the Court enter a Final Consent Judgment in the form attached hereto as Exhibit 1.

Respectfully submitted this 6th day of October, 2023.

| **CARRUTHERS & ROTH, P.A.** | **ASHLEY LAW FIRM P.C.** |
|---|---|
| /s/ *Michael J. Allen*<br>Michael J. Allen<br>N.C. State Bar No. 18030 | /s/ *Stephen S. Ashley, Jr.*<br>Stephen S. Ashley, Jr.<br>N.C. State Bar No. 27649 |
| 235 N. Edgeworth Street<br>P.O. Box 540 (27402)<br>Greensboro, NC 27401<br>Tel.: (336) 379-8651<br>Fax: (336) 478-1175<br>Email: mja@crlaw.com | 10700 Sikes Place, Suite 230<br>Charlotte, NC 28277<br>Tel: (704) 847-1300<br>Fax: (704) 847-1301<br>Email: sa@ashleypatentlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |