UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00337-RJC-DCK

| | |
|---|---|
| W CHAPPELL MUSIC CORP. D/B/A WC MUSIC CORP., HERBILICIOUS MUSIC, LIT UP MUSIC, AND CHAPPELL-CO, INC., <br><br>Plaintiffs, <br><br>v. <br><br>J & B CONCEPTS, LLC AND JEAN PIERRE KOSSISYAN, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## FINAL JUDGMENT ON CONSENT

The Court, having reviewed the parties' Consent Motion for Entry of Final Judgment, (Doc. No. 17), and the parties' Stipulation for Entry of Final Judgment, (Doc. No. 16), agreed to and executed by Plaintiffs W Chappell Music Corp. d/b/a WC Music Corp., Herbilicious Music, Lit Up Music, and Chappell-Co, Inc. collectively, "Plaintiffs"), by and through their attorneys; and Defendants J & B Concepts, LLC and Jean-Pierre Kossisyan (collectively, the "Defendants"), by and through their attorneys; the parties having agreed to entry of this Final Judgment; the Court having jurisdiction over this matter; and good cause appearing therefore;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** and the Stipulation is approved in full and incorporated into this Final Judgment;

1

2. Judgment is hereby entered against Defendants, jointly and severally, in the amount of $30,000.00, plus post-judgment interest at the rate of 5.12% per annum;

3. Plaintiffs shall not enforce or execute on this Final Judgment provided Defendants are in compliance with the terms of the Confidential Settlement Agreement and Release between Defendants and the American Society of Composers, Authors and Publishers ("ASCAP"), effective as of August 31, 2023 (the "Settlement Agreement"), but may exercise all rights and remedies available under this Final Judgment upon Defendants' default under the Settlement Agreement;

4. Defendants are enjoined and restrained permanently from publicly performing any or all of Plaintiffs' copyrighted musical compositions and from causing or permitting Plaintiffs' copyrighted musical compositions to be publicly performed, and from aiding and abetting public performances of such compositions, unless Defendants shall have previously obtained permission to give such performances, either directly from the Plaintiffs or by license from the American Society of Composers, Authors and Publishers ("ASCAP");

5. Once this Final Judgment is satisfied, Plaintiffs shall file a Satisfaction of Judgment with the Court;

6. Defendants shall not willfully dissipate or encumber their assets in order to impair ASCAP's ability to collect the amounts due under this Stipulation

2

Case 3:23-cv-00337-RJC-DCK    Document 18    Filed 06/11/24    Page 2 of 3

or the Final Judgment. In the event that any of the Defendants files a petition in bankruptcy, any sum then due pursuant under this Stipulation and the Final Judgment shall constitute a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(6);

7. Defendants have waived all rights to challenge the entry of this Final Judgment and to appeal the Final Judgment;

8. Each party shall bear its own costs through the date of this Final Judgment; and

9. In the event Plaintiffs are entitled to executed on or enforce this Final Judgment, Plaintiffs shall be entitled to recover their reasonable attorneys' fees incurred in connection with any efforts to collect.

**IT IS SO ORDERED**.

Signed: June 10, 2024

Robert J. Conrad, Jr.
United States District Judge